Donald L. Gaffney (Admitted Pro Hac Vice)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Phone:    (602) 382-6254
Facsimile: (602) 382-6070
E-Mail: dgaffney@swlaw.com

Michael B. Reynolds (#174534)
Eric S. Pezold (#255657)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626-7689
Phone:    (714) 427-7000
Facsimile: (714) 427-7799
E-mail:   mreynolds@swlaw.com
          epezold@swlaw.com

Co-Counsel for the Official Committee of
Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Woodside Group, LLC, et al.,<br><br>Debtors.<br><br>☒ Affects Alameda Investments, LLC | Case No.  6:08-bk-20682-PC<br>Case No.  6:09-bk-10348-PC<br>Jointly Administered<br>Chapter 11 Case<br><br>**STATEMENT OF POSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WOODSIDE GROUP, LLC, ET AL. TO THE APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS IN THE BANKRUPTCY CASE OF ALAMEDA INVESTMENTS, LLC** |

The Official Committee of Unsecured Creditors (the "Committee") in these 191 jointly administered bankruptcy cases hereby files its *Statement of Position* with respect to the *Appointment of Committee of Unsecured Creditors* filed by the United States Trustee in the Alameda Investments, LLC ("Alameda") Chapter 11 bankruptcy case, case number 6:09-bk-10348-PC.  In support of the same, the Committee states as follows:

1. Alameda filed its voluntary bankruptcy petition on January 9, 2009. Subsequently, Alameda's bankruptcy case was jointly administered with the other 190 corporate debtors (individually, a "Debtor" and collectively, the "Debtors") under the lead bankruptcy case number 6:08-bk-20682-PC.

2. On January 14, 2009, the Debtors, including Alameda, filed their *Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors* (the "Plan") [Docket Entry ("DE") 557] and *Disclosure Statement in Support of Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors* (the "Disclosure Statement") [DE 558]. The Plan and Disclosure Statement include provisions that affect and treat claims asserted by creditors of each of the Debtors, including Alameda.

3. On January 16, 2009, the Debtors filed their *Notice of Motion and Motion of Debtors for Order: (1) Approving the Disclosure Statement; (2) Approving Plan Solicitation, Notice, and Voting Procedures; (3) Approving Forms of Notice and Ballots; (4) Extending the Debtors' Exclusive Period to Solicit Acceptances to the Plan; and (5) Establishing Plan Confirmation Deadlines and Procedures; Memorandum of Points and Authorities; Declaration of Leonard K. Arave*. [DE 567].

4. On February 6, 2009, the Debtors and the Committee filed the *Stipulation Resolving Potential Objection to (A) the Motion of the Debtors Seeking Approval of Certain Solicitation Procedures and (B) Motion of the Official Unsecured Committee of Creditors Seeking to Expand the Scope of Powers of the Chapter 11 Examiner* (the "Stipulation"). [DE 673]. As more fully set forth in the Stipulation, the Debtors and the Committee agreed to "use reasonable efforts to negotiate a modified form of Plan and Disclosure Statement for filing with the Bankruptcy Court." [Stipulation, p. 3: 15-18].

5. The Committee has been working actively and closely with the Debtors and their professionals to formulate a modified plan of reorganization and disclosure statement that will resolve the Debtors' cases on terms that are as fair and reasonable as possible to all of the Debtors' creditors. More to the point, the Committee has been careful in its negotiations and discussions with the Debtors to ensure that the creditors of each Debtor

- 2 -

1 receive their proportionate share of the assets of the respective Debtor against which they assert a claim. In other words, while the Committee does not oppose the appointment of the committee of unsecured creditors in the Alameda case (the "Alameda Committee"), the Committee believes that it is adequately representing the creditor body in each of the Debtors' cases.[1]

6. The Committee does note that according to Alameda's Schedule B, Alameda appears to have **no** cash and *de minimus* other assets to pay the expenses of the Alameda Committee and their professionals, let alone Alameda's creditors. Of the $42,916,541.75 listed on Schedule B, $19,536.00 represents a security deposit, $36,421,149.04 is tied up in stock and partnership interests in affiliates of Alameda, leaving $6,475,856.71 in intercompany accounts receivable and other monies owed from affiliates. In comparison, Alameda's Schedule F lists unsecured claims totaling $77,621,723.00.

7. Schedule B is consistent with what the Committee has learned from the Debtors and the papers filed in the bankruptcy cases, that Alameda's expenses and activities have historically been funded by its Debtor and non-Debtor affiliates. In sum, unless the Alameda Committee has an independent funding source, the Alameda Committee may find it difficult, if not impossible, to engage in any meaningful activities in the Alameda bankruptcy case. Nonetheless, the Committee remains hopeful that Alameda's creditors will find their interests adequately represented by the Committee. In this regard, the Committee notes that it anticipates the filing of a modified plan of reorganization by the Debtors on or about April 15, 2009, which Plan reflects efforts by the Committee to protect the interests of Alameda's creditors.

Dated: April 8, 2009.                SNELL & WILMER L.L.P.

By:    /s/ Eric S. Pezold
       Donald L. Gaffney
       Eric S. Pezold
       Attorneys for Official Unsecured
       Committee of Creditors

---

[1] Travelers Casaulty & Surety Co. of America is both a member of the Committee and a creditor of Alameda.

|  |  |
|---|---|
| In re: WOODSIDE GROUP, LLC, ET AL.,<br><br>                                                          Debtor(s). | CHAPTER 11<br>Jointly Administered<br>CASE NUMBER 6:08-bk-20682-PC and<br>6:09-10348-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 600 Anton Boulevard, 14th Floor, Costa Mesa, CA 92626.

The foregoing document described as **STATEMENT OF POSITION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WOODSIDE GROUP, LLC, ET AL. TO THE APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS IN THE BANKRUPTCY CASE OF ALAMEDA INVESTMENTS, LLC** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 8, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 8, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

☒ Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 8, 2009 | Dana Lewis | /s/Dana Lewis |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

**In re: Woodside Group, LLC  USBC Case No. 08-20682 and Case No. 6:09-10348**
**Service List**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Franklin C Adams    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com;bknotices@bbklaw.com
- Jonathan B Alter    jonathan.alter@bingham.com
- Wesley H Avery    wavery@rpmlaw.com
- Julian K Bach    Julian@Jbachlaw.com
- William Bates    bill.bates@bingham.com
- Dennis G Bezanson    arthur.johnston@bbklaw.com;kenneth.burgess@bbklaw.com;bknotices@bbklaw.com
- John A Boyd    fednotice@tclaw.net
- Brooks R Brown    bbrown@goodwinprocter.com
- Richard W Brunette    rbrunette@sheppardmullin.com
- Michael E Busch    michael.busch@fnf.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Lawrence G Campitiello    campitiello@shlaw.com, cannone@shlaw.com
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Shawn M Christianson    cmcintire@buchalter.com
- Marc S Cohen    mcohen@kayescholer.com
- Michael S Cryan    cryan.michael@arentfox.com, giaimo.christopher@arentfox.com
- Ashleigh A Danker    adanker@kayescholer.com
- G Larry Engel    lengel@mofo.com
- Christine R Etheridge    christine.etheridge@ikonfin.com
- Kathryn F Evans    kevans@stutman.com
- Jerome Bennett Friedman    jfriedman@hkemlaw.com
- Donald L Gaffney    dgaffney@swlaw.com
- Richard H Golubow    pj@winthropcouchot.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Lawrence J Hilton    lhilton@hewittoneil.com, pgarnica@hewittoneil.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Mark D Houle    mark.houle@pillsburylaw.com
- Gregory K Jones    gjones@stutman.com
- Jason Jones    jjones@avatarlegal.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Leib M Lerner    leib.lerner@alston.com
- William C Lewis    ecf@williamclewis.com
- Susy Li    susy.li@bingham.com
- Maxim B Litvak    mlitvak@pszyjw.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Frank F McGinn    ffm@bostonbusinesslaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Craig Millet    pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski    randym@cookseylaw.com
- Paul J Pascuzzi    ppascuzzi@ffwplaw.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
- Martha E Romero    Romero@mromerolawfirm.com
- Anthony J Rothman    anthony@arothmanlaw.com
- Chad L Schexnayder    cls@jhc-law.com, wm@jhc-law.com
- Mark C Schnitzer    mschnitzer@rhlaw.com

- Nathan A Schultz    schultzn@gtlaw.com
- Stephanie M Seidl    sseidl@sheppardmullin.com
- James R Selth    jim@wsrlaw.net
- Mark A Serlin    mserlin@globelaw.com
- Curt Todd    ctodd@lrflegal.com, ewesselhoff@lrflegal.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Andrea M Valdez    avaldez@fulbright.com
- Annie Verdries    verdries@lbbslaw.com
- George C Webster    gwebster@stutman.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**Debtors' Attorneys**
Linda F. Cantor, Esq.
Jeremy V. Richards, Esq.
Jonathan J. Kim, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd Ste 1100
Los Angeles, CA  90067

**Attorneys for Zions First Nat'l Bank**
Jeffrey L. Shields, Esq.
Steven L. Ingleby, Esq.
Callister Nebeker & McCullough
Zions Bank Bldg, Ste. 900
10 East South Temple
Salt Lake City, UT 84133

**Debtor's Attorney
(Woodside AMR 91, Inc.
Woodside Homes of Ca, Inc.)**
Philip W. Green, Esq.
Samuels, Green & Steel, LLP
19800 MacArthur Blvd, Suite 1000
Irvine, CA  92612

**Debtor's Attorney
(Woodside AMR 107, Inc.)**
Michael A. Sherman, Esq.
355 South Grand Avenue
Suite 4400
Los Angeles, CA  90071

**U.S. Trustee**
Elizabeth A. Lossing
United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501

**Debtor**
Woodside Group, LLC
39 East Eagleridge Drive, Suite 102
North Salt Lake, UT  84054

**Attorneys for A. Murphy Ranch, LLC**
Bruce R. Corbett, Esq.
Laura E. Mascheronie, Es,q
Corbett, Steelman & Specter
18200 Von Karman Avenue, Suite 900
Irvine, California 92612

**REQUEST FOR SPECIAL NOTICE**

A. Murphy Ranch LLC
c/o Richard Whitney
Brookfield Homes
12865 Pointe Del Mar,
Ste. 200
Del Mar, CA 92014

**Attorneys for Acacia Federal Savings Bank**
Michael S. Cryan
Arent Fox
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

A Murphy Ranch LLC
c/o William Seith
Brookfield Homes
1522 Brookhollow Dr., Ste 1

James T. Atkins
Thorsnes Bartolotta McGuire
2550 Fifth Avenue,
Suite 1100

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

- 6 -

| | | |
|---|---|---|
| 1 | Santa Ana, CA 92705 | San Diego, CA 92103 |
| | Travelers Account Resolution | William G. Bissell |
| 2 | 1 Tower Square – 5 MN | 110 Newport Center Drive, Suite 200 |
| | Hartford, CT 06183-4044 | Newport Beach, CA 92660 |
| 3 | | |
| | David G. Aelvoet, Esq. | Mark W. Deveno |
| 4 | Linebarger Goggan Blair & Sampson LLP | Bingham McCutchen LLP |
| | 711 Navarro, Ste. 300 | One State Street |
| 5 | San Antonio, TX 78205 | Hartford, CT 06103-3178 |
| 6 | **Attorneys for Acacia Federal Savings Bank** | FTI Consulting Inc. |
| | Michael S. Cryan | Attn: Cynthia A. Nelson |
| 7 | Arent Fox | 633 West Fifth Street, |
| | 555 West Fifth Street, 48th Floor | Suite 1600 |
| 8 | Los Angeles, CA 90013 | Los Angeles, CA 90071 |
| 9 | Mark F. James, Esq. | William G. Bissell |
| | Gary A. Dodge, Esq. | 110 Newport Center Drive, Suite 200 |
| 10 | Hatch James & Dodge | Newport Beach, CA 92660 |
| | 10 West Broadway, Suite 400 | |
| 11 | Salt Lake City, UT 84101 | |
| 12 | Mark W. Deveno | FTI Consulting Inc. |
| | Bingham McCutchen LLP | Attn: Cynthia A. Nelson |
| 13 | One State Street | 633 West Fifth Street, Suite 1600 |
| | Hartford, CT 06103-3178 | Los Angeles, CA 90071 |
| 14 | | |
| | P. Randolph Finch, Esq. | John J. Immordino |
| 15 | Marks Golia & Finch | 555 S Flower St., |
| | 8620 Spectrum Center Blvd., Suite 900 | Suite 2900 |
| 16 | San Diego, CA 92123-1454 | Los Angeles, CA 90017 |
| 17 | | |
| | Tobias Keller | Erin K Mautner |
| 18 | 555 California St., | Bingham McCutchen LLP |
| | Suite 26th Floor | 399 Park Ave |
| 19 | San Francisco, CA 94104 | New York, NY 10022-4689 |
| 20 | Angele Motlagh | Donald E. Bradley, Esq. |
| | Jones Day | Musick Peeler & Garrett LLP |
| 21 | 3 Park Plaza, | 650 Town Center Drive, |
| | Suite 1100 | Suite 1200 |
| 22 | Irvine, CA 92614 | Costa Mesa, CA 92626 |
| 23 | Michael J. Reilly, Esq. | Leonard E Schwartzer, Esq. |
| | Bingham McCutchen LLP | 2850 S Jones Blvd, Suite 1 |
| 24 | 399 Park Avenue | Las Vegas, NV 89146 |
| | New York, NY 10022-4689 | |
| 25 | | |
| 26 | State of Nevada Department of Employment, | Sheryl Traum |
| | Training & Rehabilitation Employment Security | Chapman & Intrieri |
| 27 | Division - Las Vegas Field Audit Office | 2236 Mariner Square Dr., Suite 300 |
| | 2800 E St Louis Ave | Alameda, CA 94501 |
| 28 | Las Vegas, NV 87104-4267 | |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

| | |
|---|---|
| Tony Castanares, Esq.<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars,<br>12th Floor<br>Los Angeles, CA  90067 | AL Drywall Inc<br>4301 N Selland Ave<br>Suite #106<br>Fresno, CA 93722 |
| A/C Customs Inc<br>27493 Murrieta Oaks Ave<br>Murrieta, CA 92562 | M Lani Esteban-Trinidad<br>4315 North Rancho Dr Ste 110<br>Las Vegas, NV 89130 |
| Mark A. Serlin, Esq.<br>Serline & Whitefored, LLP<br>813 F Street,<br>2nd Floor<br>Sacramento, CA  95814 | James R. Wakefield, Esq.<br>Charles P. Murawski, Esq.<br>Cummins & White, LLP<br>2424 S. E. Bristol Street,<br>Suite 300<br>Newport Beach, CA  92660-0757 |
| Michael E. Busch, Esq.<br>Chicago Title Insurance Company<br>Fidelity National Title Group<br>17911 Von Karman, Suite 300<br>Irvine, CA  92614<br>**Attorney for Chicago Title** | FB Holdings LLC<br>16900 Golden West Street<br>Huntington Beach, CA 92647 |
| Kerry Garvis Wright, Esq.<br>Glaser, Weil, Fink, Jacobs & Shapiro LLP<br>10250 Constellation Boulevard, 19th Floor<br>Los Angeles, CA  90067<br>**Attorney for Chicago Title** | Saul Ewing LLP<br>222 Delaware Ave Ste 1200<br>PO Box 1266<br>Wilmington, DE 19801 |
| Lennar<br>Isabel Allan –Vice President<br>25 Enterprise<br>Aliso Viejo, CA  92656 | Brookfield Homes Corporation<br>Bill Seith, Executive Vice President<br>15322 Brookhollow Drive, Suite 1<br>Santa Ana, CA  92705 |
| AKT Investments<br>Chris Donnelly – CFO<br>7700 College Town Drive, Suite 101<br>Sacramento, CA  92586 | Alameda Investments LLC<br>38 East Eagleridge Drive, Ste 102<br>North Salt Lake City, UT  84054<br>**Debtor** |
| Jeremy V. Richards<br>Pachulski Stang Zeihl & Jones LLP<br>10100 Santa Monica Boulevard, Suite 1100<br>Los Angeles, CA  90067<br>**Debtor's Attorney** | |